## (August 6, 1982)

■ COLONIAL COUNTRY CLUB, INC., Appellant, v VILLAGE OF ELLENVILLE, Respondent, et al., Defendants. — Motion for reargument granted, without costs, and, upon reargument, original decision adhered to. If the complaint was in fact verified, and if verification by plaintiff's attorney was proper (see CPLR 3020, subd [d]), such pleading amounts to nothing more than an affidavit by plaintiff's attorney which is insufficient for purposes of CPLR 3215 (subd [e]) (*Georgia Pacific Corp. v Bailey*, 77 AD2d 682). Mahoney, P. J., Sweeney, Main, Casey and Yesawich, Jr., JJ., concur.

## (August 13, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PABLO ADORNO, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied on the ground that it appears from the papers submitted by petitioner that he is not illegally detained (see CPLR 7003, subd [a]). Mahoney, P. J., Sweeney, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ IN THE MATTER OF THE CLAIM OF ALFREDO ROA, Respondent, v KING GENE CAB CORP. et al., Respondents, and AMERICAN TRANSIT INSURANCE COMPANY, Appellant. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal denied, without costs. While the standing of appellant to participate in the workers' compensation proceeding is an issue to be determined upon the appeal, it is clear that appellant has standing to pursue this appeal from the board's decision denying its motion to reopen. Mahoney, P. J., Sweeney, Main, Casey and Weiss, JJ., concur.

## (August 23, 1982)

■ In the Matter of GEORGE KING et al., Appellants, v RICHARD GREGORIE et al., Respondents. — Motion to dismiss appeal denied, without costs, and without prejudice to renewal upon the argument of the appeal, in which event respondents are requested to brief the issue of whether the decision in *Matter of Montgomery v LeFevre* (87 AD2d 904) is in conflict with prior decisions of this court (see, e.g., *Matter of Hall v LeFevre*, 84 AD2d 622). Appeal rescheduled for the October, 1982 term and respondents' brief shall be filed and served on or before September 15, 1982. Mahoney, P. J., Sweeney, Kane, Main and Levine, JJ., concur.